UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:   17-CR-20906-HUCK/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CELIA DOMINGUEZ-CRUZ,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge Otazo-Reyes's Report and Recommendation on Change of Plea [D.E. 28], which was issued on March 14, 2017. In the Report and Recommendation, Magistrate Judge Otazo-Reyes recommends that the Defendant, Celia Dominguez-Cruz, be found to have freely and voluntarily entered a plea of guilty to Count One of the Indictment, which charges the Defendant with knowingly and willfully executing and attempting to execute a scheme and artifice to defraud Blue Cross and Blue Shield in violation of 18 U.S.C. § 1347. Magistrate Judge Otazo-Reyes recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offense to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge Otazo-Reyes's Report and Recommendation on Change of Plea [D.E. 28] is adopted and approved in its entirety. The Defendant's guilty plea is accepted, and she is adjudged guilty of Health Care Fraud, in violation of 18 U.S.C. § 1347. A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Wednesday, June 7, 2017, at 9:00 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on March 29, 2017.

                                                      Paul C. Huck
                                                      United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Services